# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 24-3311

R. S., et al v. East Brunswick Township School District

(United States District Court for the District of New Jersey No. 3-23-cv-21258)

**O R D E R**

      N. S. has filed a notice of appeal on behalf of herself, her spouse, M. S., and her minor child, R. S.  The notice of appeal will be docketed as to these individuals pursuant to Fed. R. App. P. 3(c)(2).  It is noted that a person who is not a licensed attorney may only represent himself in this Court.  28 U.S.C. Section 1654; see also Osei-Afriye v. The Medical College of Pennsylvania, 937 F.2d 876 (3d Cir. 1991) (non-lawyer appearing pro se may not act as attorney for minor child or incompetent).  A non-attorney parent must be represented by counsel to the extent the parent brings an action to pursue claims on behalf of his or her child.  N. S. does not appear to be a licensed attorney.  Accordingly, this action will proceed only as to the parents unless an appearance by counsel is entered within twenty-one (21) days of the date of this order.

      If counsel does not enter an appearance and the parents wish to continue the appeal on their own behalf only, it is hereby ORDERED that each parent appellant must personally sign any and all future submissions in this case that are intended to be filed on their behalf.  Failure to do so will result in documents being filed in the name of the signing party only.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: December 19, 2024
GCH/cc: All parties of record