OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

January 17, 2025

Jodi S. Howlett
Machado Law Group
1 Cleveland Place
Springfield, NJ 07081

Mark A. Wenczel
Cleary Giacobbe Alfieri & Jacobs
169 Ramapo Valley Road
Upper Level 105
Oakland, NJ 07436

Arsen Zartarian
Newark Public Schools
Office of General Counsel
2 Cedar Street
Newark, NJ 07102

RE: R. S., et al v. East Brunswick Township School District
Case Number: 24-3311
District Court Case Number: 3-23-cv-21258

Dear Counsel:

Pursuant to our docketing letter dated **December 19, 2024**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**

The above listed forms must be completed within **fourteen (14) days** of the date of this letter. **If the forms are not filed within the time stated, it will be presumed that you do not wish to participate in the appeal(s). You will receive no further notice of any action in the appeal(s), including issuance of a briefing schedule.**

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/Laurie
Case Manager
267-299-4936
cc: M. S.
N. S.